UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RHODE CARRION, ADMINISTRATRIX OF THE ESTATE OF EFRAIN CARRION, *ET AL.* | : : : : | CIVIL ACTION NO. 3:12-cv-00826-WWE |
| V. | : : | |
| CITY OF MIDDLETOWN, *ET AL.* | : | NOVEMBER 26, 2014 |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, Rhode Carrion, Administratrix of the Estate of Efrain Carrion, et al., hereby notify the Court that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(i)(B) of the Federal Rules of Civil Procedure.

                                          PLAINTIFF,
                                          RHODE CARRION, ADMX OF ESTATE

                                  By:   */s/ Andrew W. Krevolin*
                                          Andrew W. Krevolin [ct05691]
                                          Rogin Nassau LLC
                                          185 Asylum Street, 22nd Floor
                                          Hartford, CT 06103-3460
                                          Phone (860) 256-6300
                                          Fax (860) 278-2179
                                          E-mail: akrevolin@roginlaw.com

## CERTIFICATION

This is to certify that a copy of the foregoing was filed electronically this 25th day of November, 2014 and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF system.

James G. Williams, Esq.
Williams, Walsh & O'Connor, LLC
37 Broadway, 1st Floor
North Haven, CT 06473
Ph. 203-285-3593
Fax: 203-234-6330
jwilliams@wwolaw.com
*For Defendants*

                        /s/ Andrew W. Krevolin
                        Andrew W. Krevolin [ct05691]